# EXHIBIT A

1  STEVEN A. GIBSON
   Nevada Bar No. 6656
2  sgibson@dickinsonwright.com
   JONATHAN M. A. SALLS
3  Nevada Bar No. 12085
   jsalls@dickinsonwright.com
4
5  **DICKINSON WRIGHT** PLLC
   City Center West
6  7201 West Lake Mead Boulevard, Suite 503
   Las Vegas, Nevada 89128
7  Telephone 702.541.7888
   Facsimile 702.541.7899
8
9  *Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| NEVADA PROPERTY 1 LLC, | Case No.: 2:13-CV-01245-APG-GWF |
|---|---|
| Plaintiff, | |
| vs. | **DECLARATION OF DAVE GOTHARD IN SUPPORT OF DEFENDANT ACTIVISION TV, INC.'S MOTION TO DISMISS COMPLAINT** |
| ACTIVISION TV, INC., | |
| Defendant. | |

I, Dave Gothard do hereby affirm and swear that the following is true and correct to the best of my knowledge:

1. I am the President of Activision TV, Inc. ("Activision"), Defendant in this action. I make this declaration on my own information, knowledge, and belief.

2. Activision is incorporated in Delaware. Activision's principal place of business—and its sole office—is in Naples, Florida.

3. Activision has no offices, operations, or personnel in Nevada.

4. Activision is not licensed or registered to do business in Nevada.

5. Activision has never made any sales or provided any services in Nevada. Activision has not entered into any licenses with any company incorporated or headquartered in Nevada.

6. Activision has never initiated any litigation in Nevada.

7. Activision is represented approximately twice a year at trade shows in Nevada, but Activision has never registered as a vendor or sponsor or maintained a booth or display at such trade shows.

8. Activision's website does not specifically solicit residents of Nevada. Activision does not otherwise advertise in Nevada.

9. Activision has not had any direct contact with the Cosmopolitan Hotel or with Nevada Porperties 1, LLC prior to this action other than a letter sent in March 2013 and a series phone calls and emails between counsel to discuss a possible license to Activision's patents to cover digital signage employed by the hotel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on: July 29, 2013          _[signature]_

Dave Gothard