# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA PROPERTY 1 LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-cv-01245-APG-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ACTIVISION TV, INC., *et al.*, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court on Defendant Activision TV, Inc.'s Proposed Protective Order (#52) filed December 11, 2013, which is not agreed to by Plaintiff. If Defendant desires a protective order, it should file the appropriate motion for entering of the same pursuant to FRCP Rule 26(c). Accordingly,

**IT IS ORDERED** that Defendant's Proposed Protective Order (#52) is denied.

DATED this 13th day of December, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge