1
2
3
4
5
6

David Swenson
dswenson@farneydaniels.com
FARNEY DANIELS PC
Butler Square, Suite 445A
100 North Sixth Street
Minneapolis, MN 55403
Telephone: (612) 424-9220

*Attorney for Defendant*
*Activelight, Inc. f/k/a Activision TV, Inc.*

7
8
9

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

10
11
12
13
14
15
16

NEVADA PROPERTY 1 LLC,

                  Plaintiff,

     v.

ACTIVISION TV, INC., FOUR WINDS
INTERACTIVE LLC, and YESCO LLC,

                  Defendants.

Case No. 2:13-cv-01245-APG-GWF

**DEFENDANT ACTIVISION TV, INC.'S
UNOPPOSED MOTION TO CHANGE NAME
AND CASE CAPTION**

17
18
19
20
21
22
23
24
25
26
27
28

      Defendant Activision TV, Inc. ("Activision") submits this Unopposed Motion to Change Name as reflected in the case caption and the Court's records from this point forward to reflect a recent corporate name change.

      In February 2014, Activision approved a name change that renamed the corporation "Activelight, Inc." This change did not have any effect on the company's organization or corporate structure, and will not affect notice, damages, or other such issues in this case.

      Accordingly, Activision hereby moves the Court to change its name to "Activelight, Inc." in the case caption and the Court's records from this point forward. Plaintiff Nevada Property 1 LLC, Defendant YESCO, and Defendant Four Winds Interactive LLC are not opposed to the relief sought by this motion.

1

2                                              FARNEY DANIELS PC

3                                              By:*/s/ David Swenson*
4                                              David Swenson
                                               dswenson@farneydaniels.com
5                                              Butler Square, Suite 445a
                                               100 North Sixth Street
6                                              Minneapolis, MN 55403
                                               (612) 424-9220
7

8                                              Steven A. Gibson (NSB 6656)
                                               sgibson@dickinsonwright.com
9                                              Jonathan M.A. Salls
                                               jsalls@dickinsonwright.com
10                                             Dickinson Wright PLLC
                                               7201 West Lake Mead Blvd., Ste. 503
11                                             Las Vegas, NV 89128
                                               Telephone:  (702) 541-8200
12                                             Fax: 702-541-7899

13
                                               *Attorneys for Activelight, Inc. f/k/a Activision*
14                                             *TV, Inc.*

15

16

17                                      **ORDER**

18     **IT IS SO ORDERED.**

19
                                     _____
20                                   **UNITED STATES MAGISTRATE JUDGE**

21                                   **DATED:** March 14, 2014

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

3        I hereby certify that on March 14, 2014, I electronically filed a true and accurate copy of the

4    foregoing document with the Clerk of the Court via the Court's CM/ECF system.

5                              */s/ David P. Swenson*

6                              David P. Swenson

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO CHANGE NAME AND CASE CAPTION/ CASE NO. 2:13-CV-01245-APG-GWF